UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund of Northern California, et al.,

    Plaintiffs,

  vs.

VICTORY ENGINEERS, INC.,

    Defendant.

Case No.: C-12-01946-YGR

**ORDER STAYING ACTION PENDING RESOLUTION OF CHAPTER 7 BANKRUPTCY**

The Court has received notice that Defendant filed a petition for bankruptcy. (Dkt. No. 13.) Accordingly, this action is **STAYED** and the Court now sets this matter for a Bankruptcy Status Hearing at 9:01 a.m. on Friday, May 6, 2013. Five (5) business days prior to the date of the Status Hearing, Plaintiffs must file a Case Management Statement informing the Court of the status of the bankruptcy proceedings. If the Case Management Statement has been timely filed, no appearance will be required and the Status Hearing will be taken off calendar. Telephonic appearances will be allowed if the statement has been submitted in a timely fashion and the Court deems the hearing necessary. Failure to do so may result in sanctions.

If Plaintiffs become aware that the bankruptcy stay has been vacated, modified to allow this matter to proceed, or terminated by dismissal of the bankruptcy action, Plaintiffs must immediately serve and file a notice that the bankruptcy stay is no longer in effect and request the setting of a Case Management Conference. Failure to file the Case Management Statement, appear at the Status Hearing, or file the notice that the bankruptcy stay is no longer in effect, may result in sanctions, including monetary sanctions or dismissal.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**