BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  dbrome@unioncounsel.net

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; and THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiffs, <br><br> v. <br><br> VICTORY ENGINEERS, INC., a California Corporation, <br><br> Defendant. | No. 4:12-cv-01946-YGR <br><br> **VOLUNTARY DISMISSAL** <br><br> IT IS SO ORDERED <br> [signature] <br> 5/30/13 <br> Judge Yvonne Gonzalez Rogers |

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

VOLUNTARY DISMISSAL                                                       CASE NO. 4:12-cv-01946-YGR

1   Plaintiffs, by and through their undersigned counsel, hereby voluntarily request that this
2   Court dismiss the above-captioned matter pursuant to Federal Rule of Civil Procedure
3   41(a)(1)(A), as Defendant has not appeared and the claims against Defendant have been
4   discharged by Defendant's bankruptcy.

Dated:  May 24, 2013

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By:   /s/  Daniel S. Brome
         DANIEL S. BROME
         Attorneys for Plaintiffs

130957/672057718745

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

VOLUNTARY DISMISSAL                                    CASE NO. 4:12-CV-01946-YGR