BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
DANIEL S. BROME, Bar No. 278915
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  dbrome@unioncounsel.net

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS ANNUITY TRUST FUND FOR NORTHERN CALIFORNIA and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; and THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS VACATION/HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA, CEMENT MASONS APPRENTICESHIP AND TRAINING TRUST FUND FOR NORTHERN CALIFORNIA, | No. 4:12-cv-01946-YGR<br><br>**VOLUNTARY DISMISSAL** |
| Plaintiffs, | |
| v. | |
| VICTORY ENGINEERS, INC., a California Corporation, | |
| Defendant. | |

IT IS SO ORDERED
5/30/13
Judge Yvonne Gonzalez Rogers

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1    Plaintiffs, by and through their undersigned counsel, hereby voluntarily request that this

2  Court dismiss the above-captioned matter pursuant to Federal Rule of Civil Procedure

3  41(a)(1)(A), as Defendant has not appeared and the claims against Defendant have been

4  discharged by Defendant's bankruptcy.

5

6  Dated:  May 24, 2013

                                    WEINBERG, ROGER & ROSENFELD
7                                   A Professional Corporation

8                                   By:   /s/  Daniel S. Brome
                                          DANIEL S. BROME
9                                         Attorneys for Plaintiffs

10  130957/672057718745

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

VOLUNTARY DISMISSAL                          CASE NO. 4:12-CV-01946-YGR